# EXHIBIT A

# Loan Agreement

**PLEASE READ THIS LOAN AGREEMENT CAREFULLY. YOU WILL BE REQUIRED TO ELECTRONICALLY SIGN AND DATE IT. YOU WILL ALSO ELECTRONICALLY SIGN AND DATE THE DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION.**

**Loan Agreement**

| **Agreement Date:** 03/12/2025 | **Loan #:** ▮▮▮▮▮▮▮ |
|---|---|
| **First Due Date:** 03/26/2025 | |
| **Credit Cube**<br><br>2770 Mission Rancheria Rd. #180,<br>Lakeport, California 95435 | NAME: Terrell Armstrong<br><br>DRESS: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br><br>CITY: ▮▮▮▮▮▮<br><br>STATE: ▮▮<br><br>ZIP: ▮▮▮▮▮<br><br>PHONE: ▮▮▮▮▮▮▮▮▮▮ |

This Loan Agreement (this "Loan Agreement") is between you, as borrower, and Credit Cube, a wholly owned and operated business of the Big Valley Band of Pomo Indians of the Big Valley Rancheria (the "Tribe"), as lender. Anytime this Loan Agreement references "you" or "your" it refers to you as the borrower. Anytime it references "Lender", "we", "us", or "our" it refers to Credit Cube. Anytime it references "Loan" it means the transaction between you and us pursuant to the terms of this Loan Agreement, including, but not limited to, this consumer loan. Anytime it references "Tribal law" it means any law or regulation duly enacted by the Tribe. Anytime it references "Bank Account" it means the bank information, including bank account and routing number, and debit card information, including debit card number, provided in the Disbursement and Payment Choice Authorization, which is hereby incorporated by reference.

## IMPORTANT DISCLOSURES

PLEASE READ THIS DISCLOSURE CAREFULLY BEFORE SIGNING THIS LOAN AGREEMENT. LENDER IS AN ARM OF THE TRIBE. IT IS AN ECONOMIC SUBDIVISION OF THE TRIBE, WHOLLY OWNED AND OPERATED BY THE TRIBE, AND FORMED FOR THE EXPRESS PURPOSE OF TRIBAL ECONOMIC DEVELOPMENT. BOTH THE LENDER, THE TRIBE, AND ANY OF THEIR OFFICERS OR EMPLOYEES ARE IMMUNE FROM SUIT IN ANY COURT UNLESS THE TRIBE, THROUGH ITS GOVERNING BODY, EXPRESSLY WAIVES THAT IMMUNITY. THE LENDER IS REGULATED BY THE TRIBAL CONSUMER FINANCIAL SERVICES REGULATORY AUTHORITY. YOUR RIGHT TO SUBMIT COMPLAINTS IS LIMITED TO THE DISPUTE RESOLUTION PROCESS SET FORTH IN THIS LOAN AGREEMENT, INCLUDING THE AGREEMENT TO ARBITRATE.
YOU AGREE THAT THIS LOAN IS MADE WITHIN THE TRIBE'S JURISDICTION AND IS SUBJECT TO AND GOVERNED BY TRIBAL LAW AND APPLICABLE FEDERAL LAW, NOT THE LAW OF YOUR RESIDENT STATE. IN ENTERING INTO THIS AGREEMENT, YOU CONSENT TO TRIBAL JURISDICTION. YOUR RESIDENT STATE LAW MAY HAVE INTEREST RATE LIMITS AND OTHER CONSUMER PROTECTION PROVISIONS THAT ARE MORE FAVORABLE. IF YOU WISH TO HAVE YOUR RESIDENT STATE LAW APPLY

TO ANY LOAN THAT YOU TAKE OUT, YOU SHOULD CONSIDER TAKING A LOAN FROM A LICENSED LENDER IN YOUR STATE.

THIS IS AN EXPENSIVE FORM OF CREDIT. YOU SHOULD CAREFULLY EVALUATE YOUR FINANCIAL OPTIONS BEFORE TAKING OUT THIS LOAN. THIS LOAN HAS A HIGH INTEREST RATE AND ADDITIONAL FEES AND INTEREST MAY ACCRUE IF IT IS NOT PAID ACCORDING TO THE PAYMENT SCHEDULE OR IF THE LOAN IS ROLLED OVER OR REFINANCED. YOU CAN SAVE FINANCE CHARGES BY PAYING OFF YOUR LOAN EARLY EITHER IN PART OR IN FULL. IT IS NOT INTENDED TO PROVIDE A SOLUTION FOR LONGER TERM CREDIT OR OTHER FINANCIAL NEEDS. ALTERNATIVE FORMS OF CREDIT MAY BE LESS EXPENSIVE AND MORE SUITABLE FOR YOUR FINANCIAL NEEDS. PLEASE CONSIDER YOUR ABILITY TO REPAY THIS LOAN. IF YOU ARE HAVING FINANCIAL DIFFICULTIES, YOU SHOULD SEEK THE ASSISTANCE OF FINANCIAL COUNSELORS.

PLEASE CAREFULLY READ THE TERMS OF THIS AGREEMENT BEFORE SIGNING. YOUR SIGNATURE AND ACCEPTANCE OF THIS LOAN WILL BE DEEMED AS PROOF THAT YOU HAVE READ THIS AGREEMENT, THAT YOU HAVE APPROVED ALL OF ITS TERMS, INCLUDING CONSENTING TO TRIBAL JURISDICTION, AND THAT YOU HAVE PROVIDED LENDER WITH ACCURATE INFORMATION NECESSARY TO ASSESS YOUR ELIGIBILITY AND CREDITWORTHINESS. BY SIGNING THIS AGREEMENT, YOU ALSO AFFIRMATIVELY ACKNOWLEDGE THAT YOU ARE ABLE TO REPAY THE LOAN ACCORDING TO ITS TERMS.

**FEDERAL TRUTH IN LENDING DISCLOSURES**

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid when you have made all payments as scheduled. |
| 755.68% | $780.43 | $400.00 | $1,180.43 |

**Your Payment Schedule will be:**

| Number of Payments | Payment Amount Due | Payment Due Date |
|---|---|---|
| 1 | $73.79 | 03/26/2025 |
| 14 | $73.79 | Weekly Starting 04/02/2025 |
| 1 | $73.58 | 07/09/2025 |

**Itemization of Amount Financed**

| 1. Amount given to you directly: | $ 400.00 |
|---|---|
| 2. _Plus_ Amount paid on your behalf to a third party | $ 0.00 |
| 3. _Equals_ Amount Financed/Principal Loan Amount: | $ $400.00 |

**Security:** If you have chosen to receive and make payments from your Bank Account via ACH or debit, your authorization to draw funds from your Bank Account is security for this loan. This

disclosure of our security interest is made for Truth in Lending purposes only, because neither Tribal law nor federal law clearly addresses whether our interest is a security interest.

**Late Charge**: If a payment is late, you will be charged a $25 late fee.

**Prepayment**: If you pay off early, you will not have to pay a penalty.

See the terms of the Loan Agreement below for any additional information about nonpayment, default, any required repayment in full before the schedule date.

1. **YOUR PROMISE TO PAY:** You promise to pay the amounts on the dates listed in the payment schedule as stated above, as well as any other applicable charges under this Loan Agreement.

2. **DISBURSEMENT:** If your Loan is approved, we will process disbursement of your loan proceeds within 1 business days of the day your Loan is approved. A business day is a regular work day and does not include Saturday, Sunday or holidays. You authorize us to use commercially reasonable efforts to initiate a credit entry by depositing the proceeds of your loan into your Bank Account described in your Disbursement and Payment Choice Authorization incorporated herein, unless you elect to receive the Loan proceeds by check through regular mail. The date that your Loan proceeds are deposited to your Bank Account is the "Disbursement Date". Unavoidable delays as a result of bank holidays, the processing schedule of your individual bank, inadvertent processing errors, "acts of god", or "acts of terror" may extend the time for the deposit.

3. **CANCELLATION.** You may cancel your payment obligations under this Loan Agreement, without cost or finance charges, so long as you do so within three (3) days of the Disbursement Date ("Cancellation Deadline"). Your right to cancel your Loan only applies if your Loan either has not funded or, if it has, the funds are returned to us as explained below. To cancel your payment obligations on this Loan, you must inform us **in writing**, by or before the Cancellation Deadline, either by email to support@creditcube.com or by fax at (707) 264-6544, that you want to cancel the future payment obligations on this Loan. If we timely receive your written notice of cancellation on or before the Cancellation Deadline but **before** the Loan proceeds have been deposited into your Bank Account, then we will not debit your Bank Account and both your and our obligations under this Loan Agreement will be rescinded. However, if we timely receive your written notice of cancellation on or before the Cancellation Deadline but **after** the Loan proceeds have been deposited into your Bank Account, then you authorize us to effect a debit to your Bank Account or your debit card as you chose in your Payment Choice Authorization for the principal amount of this Loan Agreement. If we receive payment of the principal amount via the debit, then both your and our obligations under this Loan Agreement will be rescinded. If we do not receive payment of the principal amount by debit to your Bank Account or your debit card, then this Loan Agreement will remain in full force and effect.

4. **PAYMENT METHODS:** If you elect to make your payments by automatic electronic debit (ACH), debit card, or remotely created check, then your payments will be automatically initiated by us in accordance with this Loan Agreement. PLEASE NOTE: If you revoke your debit card and/or ACH authorization, then you authorize us to initiate your scheduled payments by remotely created check or as otherwise set forth in this Loan Agreement. If you elect to mail your payments by certified check or money order (i) all payments must be mailed to: Credit Cube, 2770 Mission Rancheria Rd. #180, Lakeport, California 95435 and (ii) payment must reach this address by the scheduled Due Date. Please contact us at support@creditcube.com for other payment methods that may be available. Regardless of the payment method used, a payment must be received by us on or before the scheduled Due Date. Payments will be applied first to finance charges, then principal, then to any late charges or returned payment fees.

5. **VERIFICATION**: You certify that the information given in connection with this Loan Agreement is true and correct. You authorize us to verify all of the information that you gave us such as any past and/or present employment history, income, and Bank Account details as may be necessary to process your application for a loan, determine Due Dates, and administer your account with us. **You specifically authorize us to use information you provided us, including your social security number and/or Bank Account number, to verify information in your Bank Account through telephone initiated bank records.** You also give us consent to obtain information about you from consumer reporting agencies or other sources. You represent that you are not a debtor under any proceeding in bankruptcy and have no intention to file a petition for relief under any chapter of the United States bankruptcy code.

6. **ACH CREDIT AND DEBIT AUTHORIZATION:** If you elected to receive funding and make payments by ACH credit and debit on the Disbursement and Payment Choice Authorization, then you authorize us, and our successors and assigns, to initiate an automatic credit entry of the loan proceeds and automatic debit entries for payments in accordance with this Agreement and to your Bank Account.

7. **BANK ACCOUNT AND ACH       DIT AND DEBIT AUTHORIZATIO**
   Bank Routing Number: ********      and Bank Account Number: *******

   If you elect to receive funding by ACH credit in accordance with the Disbursement and Payment Choice Authorization, then you agree that we will initiate a credit entry to your Bank Account for an amount consistent with this Agreement on or before the Effective Date. If you revoke this authorization before we credit the Loan proceeds as provided above under "Cancellation", then we will not be able to deposit the Loan proceeds into your Bank Account.

   You also agree that we will initiate debit entries on each scheduled payment date or thereafter for the scheduled amount, or any lesser amount you owe. You further authorize us to initiate a separate ACH debit entry to your Bank Account for any applicable returned payment and/or late charges in the amounts set forth in your Loan Agreement. You authorize us to re-initiate any ACH up to two additional times for the same amount if the ACH is dishonored.

   <u>You may revoke this authorization</u> by contacting us in writing at <u>support@creditcube.com</u> or by phone at 888-885-5646. You must contact us at least three (3) business days prior to when you wish the authorization to terminate. If you revoke your ACH authorization, we will also consider that a revocation of your Debit Card authorization below. If you revoke the ACH authorization, you agree to make your payments by remotely created checks as set forth below.

   You have the right to receive notice of all transfers varying in amount from the range specified int this Loan Agreement. You acknowledge that we elected to offer you a specified range of amounts for the recurring electronic debiting (in lieu of providing the notice of transfers in varying amount). The amount of any ACH debit will range from (i) the payment amount provided in this Loan Agreement (which may be less than a scheduled payment if partial prepayments have been made), to (ii) an amount equal to the scheduled payment plus, as applicable, any returned payment charges and/or any late charges you may owe under this Agreement. For any recurring electronic debit outside of this specified range, we will send you a notice. Therefore, by agreeing to the terms of this ACH Credit and Debit Authorization you choose to only receive notice when a recurring electronic debit amount exceeds the range specified. You also authorize us to verify all of the information that you have provided, including past and/or current information. You agree that the debit entries authorized herein are voluntary, and that certain entries will recur at substantially regular intervals. If there is any missing or

erroneous information in or with your loan application regarding your Bank Account, then you authorize us to verify and correct such information. If any payment cannot be obtained by ACH, you remain responsible for such payment and any resulting fees
In addition, if (1) we cannot process your authorized ACH debits for any reason other than revocation, (2) you specifically request that we debit your Debit Card, or (3) you default on a payment, then you also authorize us, and our successors and assigns, to initiate automatic debit entries for payments in accordance with this Agreement to your Debit Card. In such an event, you agree we will initiate debit entries to your Debit Card on each scheduled payment date or thereafter for the scheduled amount, or any lesser amount you owe. You further authorize us to initiate a separate debit to your Debit Card for any applicable returned payment and/or late charges in the amounts set forth in this Loan Agreement. If the debit entries are dishonored, you authorize us to initiate separate debit entries for the dishonored amount or lesser amounts in increments of $25 until the amount owing is paid in full.

You may revoke this authorization by contacting us in writing at support@creditcube.com or by phone at 888-885-5646. You must contact us at least three (3) days prior to when you wish the authorization to terminate. If you revoke the Debit Card authorization, you authorize us to make your payments by remotely created check as set forth below.

You have the right to receive notice of all transfers varying in amount. You acknowledge that we elected to offer you a specified range of amounts for the recurring electronic debiting (in lieu of providing the notice of transfers in varying in amount). The amount of any debit will range from (i) the payment amount provided in this Agreement (which may be less than a scheduled payment if partial prepayments have been made), to (ii) an amount equal to the scheduled payment plus as applicable, any returned payment charges and/or any late charges you may owe under this Agreement. For any recurring debit outside of this specified range, we will send you a notice. Therefore, by agreeing to the terms of this Debit Card Authorization you choose to only receive notice when a recurring debit amount exceeds the range specified. You also authorize us to verify all of the information that you have provided, including past and/or current information. You agree that the debit entries authorized herein are voluntary, and that certain entries will recur at substantially regular intervals. If there is any missing or erroneous information in or with your loan application regarding your Debit Card, then you authorize us to verify and correct such information. If any payment cannot be obtained by your Debit Card, you remain responsible for such payment and any resulting fees under the Agreement.

8. **REMOTELY-CREATED CHECK AUTHORIZATION:** If (1) you elected to receive funding and make payments by Debit Card or ACH credit and debit and you subsequently revoke either authorization, (2) we are unable to process your payments by Debit Card or ACH for any reason, or (3) you have defaulted on a payment, then by electronically signing this Loan Agreement you authorize us to create checks bearing your typed name and other information as may be required under applicable law, rather than your handwritten signature, drawn on your Bank Account, and to submit each check for payment to the Bank or other financial institution in the amount of each payment owing to us under this Loan Agreement on or after each scheduled payment date ("Remotely Created Check"), otherwise known as a demand draft, telecheck, preauthorized draft or paper draft. If a Remotely Created Check is returned unpaid by the Bank or other financial institution, then you authorize us to create and submit a remotely created check for any late fees, or other amounts accrued pursuant to this Loan Agreement. You agree that your typed name or other designation mandated by applicable law will constitute your authorized signature fully reflecting your intent to authenticate any such Remotely Created Check. If you believe we charged your Bank Account in a manner not contemplated by this authorization, then please contact us. You authorize us to vary the

amount of any preauthorized payment by Remotely Created Check as needed to repay amounts owing, as modified by any partial prepayments. **This Remotely Created Check Authorization is only effective if you originally selected Debit Card or ACH as your funding and payment method and then you revoke either authorization, we are unable to process your payments by either method for any reason, or you default on a payment.** If you would like to dispute a payment related to a Remotely Created Check, determine whether a payment was genuine, withhold payment of a Remotely Created Check, or obtain re-crediting of amounts we obtained via a Remotely Created Check, contact us by calling: <u>8888855646</u>

9. **CHECK CONVERSION NOTIFICATION:** If you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

10. **ASSIGNMENT.** This Loan Agreement may not be assigned by you. We may assign or transfer this Loan Agreement and our related rights and obligations without notice to you and your consent is not required if we make such an assignment or transfer.

11. **DEFAULT**; **ACCELERATION & REMEDIES**. You will be in default under this Agreement if you do not pay us a scheduled payment or any other amounts you owe us when due or your chosen payment method is stopped, denied or otherwise dishonored. In the event of a default, we may require immediate payment in full of all sums due under this Loan Agreement to the maximum extent allowable by Governing Law. If you are in default and you authorized debits from Your Bank Account, we reserve the right to debit Your Bank Account or debit card, as applicable, in an amount that represents payment in full of the amount that you owe us at time of default. Additionally, if you do not cooperate with us on repaying your debt to us, we may submit your name to a collection agency and we may also report the incident to a consumer reporting agency database. This may negatively impact your ability to write checks or to receive loans or advances from other companies. We otherwise retain our right to pursue all legally available means to collect on what you owe us.

12. **LATE CHARGE.** You agree to pay a late charge of $25 if a payment is five (5) days or more late. If you authorized debits from your Bank Account in your Disbursement and Payment Choice Authorization, you agree that we may debit your Bank Account for any late charges.

13. **REFUSED INSTRUMENT CHARGE.** If your payment method is stopped, denied or otherwise dishonored, then you agree to pay us a fee of $25. If you authorized debits from either your Bank Account or debit card in your Disbursement and Payment Choice Authorization, you agree that we may debit your Bank Account or debit card, as applicable, for any refused instrument charges. Your refused instrument may also cause your payment to be late which could result in your having to also pay a late charge.

14. **CONSUMER REPORTS:** You authorize us to obtain consumer reports about you now or in the future as long as you owe us money under this Loan Agreement. We may also report information about your Loan, including late or missed payments and/or events of default, to any consumer reporting agencies or other sources as permitted by applicable law.

15. **GOVERNING LAW.** The laws of the Tribe and federal law, as applicable, will govern this Loan Agreement, without regard to the laws of any state, including the conflict of laws rules of any state. You agree to be bound by Tribal law, and in the event of a bona fide dispute between you and us, Tribal law and applicable federal law shall exclusively apply to such dispute. By signing below, you, as the Borrower, hereby acknowledge and agree

that you will be bound by Tribal law and applicable federal law          nd all bona fide disputes between you and us. Terrell Armstrong (IP: ███████████ )

16. **LAWS OF YOUR RESIDENT STATE INAPPLICABLE:** In making this Loan, you consent to Tribal jurisdiction for this Loan, and the application of exclusively Tribal law and applicable federal law. Your resident state law may have interest rate limits and other consumer protection provisions that are more favorable. If you wish to have your resident state law apply to any loan that you take out, you should consider taking a loan from a licensed lender in your state.

17. **SOVEREIGN IMMUNITY**: This Loan Agreement and all related documents are being submitted by you to us as an economic arm, instrumentality, and wholly-owned and operated business of the Tribe. The Tribe is a federally-recognized Indian Tribe and enjoys governmental sovereign immunity. Because we and the Tribe are entitled to sovereign immunity, you will be limited as to what claims, if any, you may be able to assert against the Tribe and us. To encourage resolution of consumer complaints, any complaint may be submitted for review as described under section titled Waiver of Jury Trial and Agreement to Arbitrate" below.

18. **PRESERVATION OF SOVEREIGN IMMUNITY:**    It is the express intention of the Tribe and us operating as an economic arm of the Tribe, to fully preserve, and not waive either in whole or in part, exclusive jurisdiction, sovereign governmental immunity, and any other rights, titles, privileges, and immunities, to which we and the Tribe are entitled. To protect and preserve the rights of the parties, no person may assume a waiver of sovereign immunity. No waiver is or can be made except by express written declaration of the Tribe's governing body specifically authorizing a waiver for the matter in question. No such waiver has been made with respect to either your Loan Agreement or your Disbursement and Payment Choice Authorization.

19. **MILITARY LENDING:** By signing this Agreement you certify that you are not a member of the military or the spouse/dependent of a military member. Specifically, you certify that you are not, and you are not the spouse or dependent of a regular reserve member of the Army, Navy, Marine Corps, Air Force or Coast Guard, serving on active due under a call or order that does not specify a period of thirty (30) days or fewer, or servicing on Active Guard or Reserve Duty. (Dependents include the member's spouse, child under the age of eighteen (18) years old or an individual for whom the member provided more than one half of their financial support for one-hundred and eighty (180) days preceding the date of this Loan Agreement).

20. **TRIBAL HOTLINE:** If you have already contacted Customer Service in an attempt to resolve an issue or concern and still need additional assistance, please contact the Tribal Hotline at 855-227-8301 between the hours of 9:00 am to 5:00 pm pacific.

21. **WAIVER OF CLASS ACTIONS, RESPRESENTATVIE ACTIONS, AND JURY TRIAL:** Class actions, other similar representative procedures and consolidation of claims are NOT available under your Loan Agreement. You understand and agree that you may not serve as a representative, as a private attorney general, or in any other representative capacity, nor principate as a member of a class of claimants in any proceeding with respect to any Dispute. Further, you understand and agree that (i) you may not join your Dispute with others, (ii) you must resolve your Dispute(s) separately, and (iii) you will not assert or claim any right to a jury trial.

22. **AGREEMENT TO ARBITRATE:**
    **PLEASE READ CAREFULLY THIS AGREEMENT TO ARBITRATE. UNLESS YOU EXERCISE YOUR RIGHT TO OPT-OUT OF ARBITRATION AS DESCRIBED HEREIN, YOU AGREE THAT ANY DISPUTE YOU HAVE RELATED TO THIS AGREEMENT WILL BE RESOLVED BY BINDING ARBITRATION. ARBITRATION**

REPLACES THE RIGHT TO GO TO COURT, AND HAVE A JUDGE OR JURY RESOLVE THE DISPUTE.

1. **Right to Opt Out.** If you do not agree to arbitrate all Disputes (as defined herein) in accordance with the terms and conditions of this arbitration agreement ("Agreement to Arbitrate") you may advise us in writing either by (a) mailing a letter to Credit Cube, 2770 Mission Rancheria Rd. #180, Lakeport, CA 95453 no later than fourteen (14) days following the date of this Agreement or (b) by e-mail dated no later than fourteen (14) days following the date of this Agreement to support@creditcube.com. Your opt-out correspondence must clearly print or type your name, Account ID and Loan Number and state that you reject arbitration. Your rejection of arbitration will not be effective if it is not in writing or is dated later than fourteen (14) days following the date of this Agreement. It is not sufficient to telephone us. In the event you opt out of the Agreement to Arbitrate, any Disputes shall nonetheless be governed by Tribal and applicable federal law as describe in the preceding section entitled "Governing Law," and must be brought as an administrative proceeding pursuant to the Alternative Dispute Resolution Regulation adopted by the Tribe's independent regulatory agency, the Tribal Consumer Financial Services Regulatory Authority ("Authority"). The Alternative Dispute Resolution Regulation can be obtained by contacting the Authority at TCFSRA@big-valley.net or by mail to 2770 Mission Rancheria Rd. #437, Lakeport, CA 95453.

2. **Agreement to Arbitrate.** Before providing us a Notice of Dispute (defined below) and initiating arbitration, you agree to first submit your Dispute (defined below) informally to our customer service by contacting us at 888-885-5646 and via e-mail at support@creditcube.com. Upon receipt of such correspondence, we will gather sufficient facts regarding your issue and inform you of our determination as soon as reasonably practicable. Should our determination not resolve the Dispute, you and we agree that the Dispute will be resolved in arbitration.

3. **What Arbitration Is.** "Arbitration" is having an independent third party resolve a Dispute, as defined below. The parties in arbitration waive any right to trial before a court and a jury and agree, instead, to submit their Dispute to the neutral third party (the arbitrator) for a binding decision. Each party to the Dispute has an opportunity to present evidence to the arbitrator. Arbitration proceedings are private and less formal than trial in court. Discovery processes may be limited or unavailable. The arbitrator will issue a final and binding decision resolving the Dispute, which may be enforced in court as a judgment.

4. **Delegation of All Disputes.** A "Dispute" is any claim or controversy of any kind between you and us or otherwise involving this Agreement or the Loan. The term Dispute is to be given its broadest possible meaning and includes, without limitation, all federal, state or Tribal Law claims or demands (whether past, present, or future), based on any legal or equitable theory and regardless of the type of relief sought (i.e., money, injunctive relief, or declaratory relief). A Dispute includes any issue concerning the validity, enforceability, or scope of this Agreement or this Agreement to Arbitrate.

5. **How Arbitration Works.** If a Dispute arises, the party asserting the claim or demand must initiate arbitration, provided you and we cannot first resolve the issue informally or through customary business methods. A party who intends to seek arbitration must first send to the other, by e-mail, a Notice of Dispute ("Notice"). You may send the Notice to us at support@creditcube.com. The Notice must (a) have the subject heading "Notice of Dispute"; (b) describe the nature and basis of the claim or Dispute; and (c) set forth the specific relief sought (Demand). If you and we do not resolve the claim within thirty (30) days after the Notice is received, you

or we may commence an arbitration proceeding. The party requesting arbitration must choose either of the following arbitration firms for initiating and conducting arbitration: the American Arbitration Association ("AAA") or JAMS, The Resolution Experts ("JAMS"). If you claim you have a Dispute with us, but do not initiate arbitration or select an arbitration firm, we may do so. You may obtain copies of the current rules of each of the arbitration firms and forms and instructions for initiating arbitration by contacting them as follows:

| American Arbitration Association<br>335 Madison Ave., Floor 10<br>New York, NY 10017-4605<br>Website: adr.org<br>Telephone: (800) 778-7879 | JAMS, The Resolution Experts<br>1920 Main St., Suite 300<br>Irvine, CA 92614<br>Website: jamsadr.org<br>Telephone: (800) 352-5267 |
|---|---|

The policies and procedures of the selected arbitration firm applicable to consumer transactions will apply provided such policies and procedures do not contradict this Agreement to Arbitrate or Tribal Law. To the extent the arbitration firm's policies or procedures are different than the terms of this Agreement to Arbitrate, the terms of this Agreement to Arbitrate will apply.

6. **What Arbitration Costs.** No matter which party initiates the arbitration, we will advance or reimburse filing fees and other costs or fees of arbitration for all non-frivolous claims, provided each party will be initially responsible for its own attorneys' fees and related costs. Unless prohibited by Tribal Law or applicable federal law, the arbitrator may award fees, costs, and reasonable attorneys' fees to you if you substantially prevail in the arbitration.

7. **Location of Arbitration.** Any arbitration under this Agreement to Arbitrate may be conducted either on Tribal land or within thirty (30) miles of your current residence, at your choice, provided that this accommodation for you shall not be construed in any way (a) as a relinquishment or waiver of the sovereign status or immunity of us or the Tribe; (b) to allow for the application of any law other than Tribal Law and applicable federal law; or (c) to constitute a transaction of business in any place other than the Tribe's Tribal lands. Any party may participate in arbitration exclusively by telephonic or other electronic means.

8. **Waiver of Certain Rights.** By entering into this Agreement to Arbitrate, you acknowledge and agree that you are waiving your right to (a) have a jury trial to resolve Disputes; (b) have a court resolve Disputes; (c) participate in a class action lawsuit or private attorney general action; and (d) have access to discovery and other procedures that are available in a lawsuit. The arbitrator has the ability to award all remedies available under Tribal Law and applicable federal law, whether at law or in equity, to the prevailing party, except that you and we agree that the arbitrator has no authority to conduct class-wide proceedings and will be restricted to resolving individual Disputes. The arbitrator may award such remedies only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim. Further, unless both you and we agree otherwise, the arbitrator may not consolidate more than one person's claims, and may not otherwise preside over any form of a representative or class proceeding. If the arbitrator refuses to enforce the class-wide arbitration waiver, the Parties agree that the Dispute in its individual status and not as part of a class, will proceed pursuant to the Alternative Dispute Resolution Regulation adopted by the Authority. As an integral component of accepting this Agreement, you irrevocably consent to the Tribe's jurisdiction for the purposes of this Agreement.

9. **Applicable Law and Judicial Review.** The arbitrator shall apply Tribal Law, applicable federal law, and the terms of this Agreement, including this Agreement

to Arbitrate and the waivers included herein. The arbitrator may decide, with or without a hearing, any motion that is substantially similar to a motion to dismiss for failure to state a claim, motion for summary judgment, or similar dispositive motions. The arbitration award shall be supported by substantial evidence and must be consistent with this Agreement, Tribal Law, and applicable federal law. Unless you and we agree otherwise, during the arbitration, the amount of any settlement offer made by us or you shall not be disclosed to the arbitrator.

10. **Non-Waiver of Federal Statutory Rights.** You acknowledge and understand that by entering into this Agreement and Agreement to Arbitrate, you are not waiving any of your federal statutory rights, provided by applicable federal law.

11. **Survival.** This Agreement to Arbitrate will survive: (1) the cancellation, payment, charge-off, or assignment of this Agreement; (2) the bankruptcy of any party; and (3) any transfer, sale, or assignment of this Agreement, or any amounts owed under this Agreement, to any other person or entity.

12. **Severability.** The provisions of this Agreement to Arbitrate will, where possible, be interpreted to sustain its legality and enforceability. If any provision of the Loan Agreement or this Agreement to Arbitrate or the whole of it is determined to be unenforceable, then the arbitrator may sever and/or reform any such provision to make it enforceable. The arbitrator may not, however, reform the clause requiring for Disputes to be heard on an individual basis or the waiver of the right to participate in any class or collective action against us.

23. **ENTIRE AGREEMENT.** This Loan Agreement, including the Agreement to Arbitrate, constitutes the entire agreement between you and Lender, and may not be contradicted by evidence of prior, contemporaneous, or subsequent oral agreements.

24. **SEVERABILITY.** If any provision of this Agreement, including the Agreement to Arbitrate, is held unenforceable, the remainder of this Agreement will remain in full force and effect.

25. **CONSENT TO ELECTRONIC COMMUNICATIONS**
The following terms and conditions govern electronic communications in connection with this Loan Agreement and the transaction evidenced by this Loan Agreement (this "Consent"). By electronically signing this Loan Agreement by clicking the "I AGREE" button and entering your name below, you are confirming that you have agreed to the terms and conditions of this Consent and that you have the ability to download or print a copy of this Consent for your records. You agree that:

1. Any disclosure, notice, record or other type of information that is provided to you in connection with your transaction with us, including but not limited to, this Loan Agreement, this Consent, disclosures, change-in-term notices, fee and transaction information, statements, delayed disbursement letters, notices of adverse action, and transaction information (collectively, Communications), may be sent to you electronically by sending it to you by e-mail or by posting the information at our web site, www.creditcube.com.

2. We will not be obligated to provide any Communication to you in paper form unless you specifically request us to do so.

3. You may obtain a copy of any Communication by contacting us at www.creditcube.com, writing to us at support@creditcube.com, or by calling us at 888-885-5646. You also can withdraw your consent to ongoing electronic communications in the same manner, and ask that they be sent to you in paper or non-electronic form.

4. You agree to provide us with your current e-mail address for notices at the address or phone number indicated above. If your e-mail address changes, you must send us a notice of the new address by writing to us or sending us an e-mail, using secure messaging, at least 5 days before the change.

5. In order to receive electronic communications in connection with this transaction, you will need a working connection to the Internet. Your browser must support the Secure Sockets Layer (SSL) protocol. SSL provides a secure channel to send and receive data over the Internet. Microsoft Internet Explorer 6 or equivalent browser and above supports this feature. You will also need either a printer connected to your computer to print disclosures/notices or sufficient hard drive space available to save the information (e.g., 1 megabyte or more). You must have your own Internet service provider. We may amend (add to, delete or change) the terms of this Consent to electronic communication by providing you with advance notice.

26. **CONSENT TO RECEIVE TEXT MESSAGES**

    1. As used in this text consent, "Text Message" means any text messaging communication from us to you pertaining to your loan, including but not limited to payment information, account information, due dates, delinquent accounts, and program updates relating to your loan, but excluding advertising or telemarketing Text Messages. All Text Messages from us in electronic format to you will be considered "in writing."

    2. How To unsubscribe: You may withdraw your consent to receive Text Messages by calling us at 888-885-5646 or emailing us at support@creditcube.com or texting back "STOP". At our option, we may treat your provision of an invalid mobile phone number, or the subsequent malfunction of a previously valid mobile phone number, as a withdrawal of your consent to receive Text Messages. We will not impose any fee upon you to process the withdrawal of your consent to receive Text Messages. Any withdrawal of your consent to use Text Messages will be effective only after we have a reasonable period of time to process your withdrawal.

    3. In order to access, view, and retain Text Messages that we make available to you, you must have: (1) a Text Message-capable mobile phone, (2) an active mobile phone account with a communication service provider; and (3) sufficient storage capacity on your mobile phone.

    4. To request additional information, contact us by telephone at 888-885-5646.

    5. The services are available from most of the carriers that offer Text Messaging. Consult your mobile service carrier to confirm that they offer Text Messaging.

    6. There is no service fee for Text Messages but you are responsible for all charges imposed by your communications service provider, such as fees associated with Text Messaging. Consult your mobile service carrier's pricing plan to determine the charges for sending and receiving Text Messages. These charges will appear on your phone bill. Message frequency depends on account settings.

    7. You agree that we may send any Text Messages related to your loan through your communication service provider in order to deliver them to you and that your communication service provider is acting as your agent in this capacity. You agree to indemnify, defend and hold us harmless from and against all claims, losses, liability, cost and expenses (including reasonable attorneys' fees) arising from your provision of a mobile phone number that is not your own or your violation of applicable federal, state or local law, regulation or ordinance relating to Text Messages. Your obligation under this paragraph shall survive termination of this Loan Agreement. You agree that Text Messages are provided for your convenience only.

8. Receipt of each Text Message may be delayed or impacted by factors pertaining to your communications service provider. We will not be liable for losses or damages arising from any disclosure of account information to third parties, non-delivery, delayed delivery, misdirected delivery or mishandling of, or inaccurate content in, the Text Messages sent by us.

9. We may modify or terminate our Text Messaging services from time to time, for any reason, with or without notice, and without liability to you, any other user or third party.

**CONSENT TO RECEIVE ADVERTISING OR TELEMARKETING TEXT MESSAGES AND TELEPHONE CALLS**

By signing this section, you consent to our sending you advertising and telemarketing Text Messages to the mobile phone number you have provided below. You also consent to our making advertising or telemarketing calls to you at your mobile phone number using automatic telephone dialing system or an artificial or prerecorded voice.

☐ You signing this section will be deemed to be your signature acknowledging your consent to receive advertising and telemarketing Text Messages and telephone calls as described above to your mobile phone at 919-396-0632.

**You are not required to consent to advertising or telemarketing Text Messages or calls to obtain credit or other services from us.** At any time, you may withdraw your consent to receive advertising or marketing Text Messages or marketing calls to the mobile number provided by calling us at 888-885-5646 or emailing us at support@creditcube.com You understand that: any Text Messages we send you may be accessed by anyone with access to your Text Messages; and your mobile phone service provider may charge you fees for Text Messages that we send you, and you agree that we shall have no liability for the cost of any Text Messages.

**SIGNATURE AND ACCEPTANCE OF ALL TERMS AND CONDITIONS**
**BY ENTERING YOUR NAME AND CLICKING THE "I AGREE" BUTTON BELOW, YOU ARE ELECTRONICALLY SIGNING THIS LOAN AGREEMENT AND AGREEING TO ALL THE TERMS OF THIS LOAN AGREEMENT INCLUDING:**

- AGREEMENT TO ARBITRATE
- CONSENT TO ELECTRONIC COMMUNICATIONS
- CONSENT TO RECEIVE TEXT MESSAGES

**YOU ALSO ACKNOWLEDGE YOUR ABILITY TO DOWNLOAD OR PRINT A FULLY COMPLETED COPY OF THIS LOAN AGREEMENT FOR YOUR RECORDS.**

**[I AGREE]**
**Date: 3/12/2025**
Terrell Armstrong (IP: ▓▓▓▓▓▓▓▓▓▓)
**Please type your name above**

| DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION for Credit Cube | |
|---|---|
| ELECTRONIC FUNDS TRANSFER ELECTION REVIEW VERY CAREFULLY BEFORE EXECUTING THE LOAN AGREEMENT | |

**DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION**

In entering into this Disbursement and Payment Choice Authorization, you understand that you are not required to authorize electronic payment as a condition of receiving this Loan. You

hereby agree that this authorization is provided for your convenience, and that you have been made aware that you may repay your indebtedness by other means.

By electronically signing this Disbursement and Payment Choice Authorization below, you voluntarily authorize us to initiate disbursement credits and payment debits you have authorized. This Disbursement and Payment Choice Authorization is a part of and relates to the Loan Agreement dated 03/13/2025 (the "Loan Agreement"). The words "you" and "your" mean the borrower who has electronically signed this Disbursement and Payment Choice Authorization. The words "we", "us" and "our" mean Credit Cube and our successors and assigns.

**Disbursements to Your Bank Account.** Unless otherwise agreed, disbursement credits of your loan proceeds will be made to the following bank account ("Bank Account")

| Bank Name: | Bank Information |
|---|---|
| Transit ABA Number: | ******* |
| Deposit Account Number: | ******* |

We will make these disbursement credits as you authorize below, and by using any commercially available method we choose, such as (but not limited to) Automated Clearing House (ACH) entries, wire transfers, or transactions through your debit card accessing your Bank Account. As a data security measure, you will separately provide us with your debit card information.

**Your Payment Choice (check applicable boxes):**

☐ •**Payments You will Make Directly.** You agree to make your payments by cashier's check, money order or bill pay service through your bank, that we receive no later than your payment due date to:

**Credit Cube**
**2770 Mission Rancheria Rd. #180,**
**Lakeport, California 95435**
☑ •**Automatic Payment From Your Bank Account via ACH**

☐ •**Automatic Payment From Your Bank Account via Debit Card**

You also authorize us to utilize debit entries or Remotely Created Check transactions from your Bank Account pursuant to the Loan Agreement and in accordance with the payment schedule below.

| Number of Payments | Payment Due | Payment Date |
|---|---|---|
| 1 | $73.79 | 03/26/2025 |
| 2 | $73.79 | 04/02/2025 |
| 3 | $73.79 | 04/09/2025 |
| 4 | $73.79 | 04/16/2025 |
| 5 | $73.79 | 04/23/2025 |
| 6 | $73.79 | 04/30/2025 |
| 7 | $73.79 | 05/07/2025 |
| 8 | $73.79 | 05/14/2025 |
| 9 | $73.79 | 05/21/2025 |

| 10 | $73.79 | 05/28/2025 |
| 11 | $73.79 | 06/04/2025 |
| 12 | $73.79 | 06/11/2025 |
| 13 | $73.79 | 06/18/2025 |
| 14 | $73.79 | 06/25/2025 |
| 15 | $73.79 | 07/02/2025 |
| 16 | $73.58 | 07/09/2025 |

If you are in default, you authorize us to process a one-time automatic debit entry to your Bank Account in the amount of the entire outstanding balance, including any fees, under this Agreement. You agree that we will initiate the single electronic debit entry only in the event of default, only for the outstanding amount owing at the time of default, and within a reasonable time after default. You authorize us to re-initiate the debit entry up to two additional times if the debit entry is returned unpaid.

You agree that this Disbursement and Payment Choice Authorization will remain in effect until your Loan, including principal, finance charges and other charges, is paid in full. However, you may revoke the above authorization by contacting us directly at 888-885-5646 or support@creditcube.com. If you revoke your authorization, you agree to make payments directly to us as explained above.

**YOU ALSO ACKNOWLEDGE YOUR ABILITY TO DOWNLOAD OR PRINT A FULLY COMPLETED COPY OF THIS DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION FOR YOUR RECORDS.**
**[I AGREE]**
**Date: 3/12/2025**

Terrell Armstrong (IP: ███████████89)
**Please type your name above**
**Privacy Policy**

Rev. [1/13/2023]

|  | WHAT DOES CREDIT CUBE DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share your personal information. Consumers have the right to limit some but not all sharing. This notice tells you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>‣ Information you enter in your loan application, including but not limited to personal information such as date of birth, Social Security number, checking account information, contact information, and loan amount requested<br>‣ Payment history and income<br>‣ Employment information and wire transfer instructions<br>‣ Tracking data such as IP address, data and time stamps, geolocation data, and your activity on our site |

| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reason Credit Cube chooses to share; and whether you can limit this sharing. |
|---|---|

| Reasons we can share your personal information | Does Credit Cube share? | Can you limit this sharing? |
|---|---|---|
| For our everyday business purposes – such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| For our marketing purposes – to offer our products and services to you | Yes | No |
| For joint marketing with other financial companies | Yes | Yes |
| For our affiliates' everyday business purposes – information about your transactions and experiences | Yes | No |
| For our affiliates' everyday business purposes – information about your creditworthiness | Yes | Yes |
| For our affiliates to market to you | Yes | Yes |
| For nonaffiliates to market to you | Yes | Yes |

All the above categories exclude text messaging originator opt-in data and consent; this information will not be shared with any third parties.
Subscriber text messaging originator opt-in data and consent details will not be shared with any third parties except when explicitly authorized by the subscriber

| To limit our sharing | ‣ Unsubscribe from our marketing newsletter by clicking the unsubscribe link at the bottom of the email<br><br>‣ Contact us via email at support@creditcube.com for any help<br><br>‣ Call 1-888-885-5646 – our menu will prompt you through your choices or<br><br>‣ Visit us on the web at www.creditcube.com<br><br>‣ You may STOP all the non-vital communication at any time.<br><br>Please note:<br><br>If you are a new customer, we can begin sharing your information 30 days from the date we sent this notice. When you are *no longer* our customer, we can share your information as described in this notice.<br><br>Additionally, if your application for a loan is denied, we may share your information with third-parties immediately upon denial of your application.<br><br>However, you can contact us at any time to limit our sharing. |
|---|---|
| Questions? | Call 1-888-885-5646 or go to www.creditcube.com |

| Who we are | |
|---|---|
| Who is providing this notice? | Credit Cube, a business wholly-owned by the Big Valley Band of Pomo Indians of the Big Valley Rancheria, is providing this privacy policy. |

| What we do | |
|---|---|
| How does Credit Cube protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures. These measures include computer safeguards and secured files and buildings. |
| How does Credit Cube collect my personal information? | We collect your personal information, for example, when you<br><br>‣ Apply for a loan<br>‣ Give us your income information<br>‣ Tell us where to send the money<br>‣ Provide account information<br>‣ Provide employment information<br><br>We also collect your personal information from others, such as credit bureaus, affiliates or other companies. |
| Why can't I limit all sharing? | You have the right to limit only<br><br>‣ sharing for affiliates' everyday business purposes – information about your creditworthiness<br>‣ affiliates from using your information to market to you<br>‣ sharing for nonaffiliates to market to you |
| What happens when I limit sharing for an account I hold jointly with someone else? | Your choices will apply to everyone on your account. |

| Definitions | |
|---|---|
| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br><br>‣ *Our affiliates include other business entities of the Big Valley Band of Pomo Indians of the Big Valley Rancheria* |
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies. Nonaffiliates we share with can include:<br><br>‣ *Service providers, data processors, advertisers, direct mail companies, lead providers and other authorized nonaffiliates.* |
| Joint marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you. |

| Definitions | |
|---|---|
|  | ‣ Credit Cube *does not jointly market.* |